## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MELISSA THOMPSON, )<br>)<br>Plaintiff, )<br>vs. )      No.1:06-cv-503-SEB-JMS<br>)<br>ADVANCE/NEWHOUSE PARTNERSHIP, )<br>)<br>Defendant. ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motion for summary judgment is **granted** and that judgment is entered for the defendant and against the plaintiff.

Date: 09/13/2007

*Sarah Evans Barker* (signature)

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Melissa Thompson
3674 N. Mission Dr., Apt. D
Indianapolis, IN   46224

Kelley Bertoux Creveling
BAKER & DANIELS
kbcrevel@bakerd.com